UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 06-100-P-H** |
| | ) | |
| **ARTHUR MOLLO, III,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

**ORDER ON DEFENDANT'S MOTIONS**

The defendant's motion to amend judgment is **DENIED**. I have no authority to alter his sentence at this point. His motion to appoint counsel is also **DENIED**. Because I have no authority to alter the sentence, there is no reason to appoint counsel. I express no view on whether the incident the defendant describes in his reply memorandum furnishes any basis for any other kind of legal claim, which in any event would have to occur in another jurisdiction since he is not incarcerated in Maine. I also express no judgment whether the defendant will have grounds to seek a modification of his terms of supervised release once he actually is on supervised release.

**SO ORDERED.**

**DATED THIS 30TH DAY OF JUNE, 2009**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**